IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WESLEY PATTERSON, | ) | CASE NO. 8:10-cv-26 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER STAYING ENFORCEMENT** |
| | ) | **OF JUDGMENT PENDING APPEAL** |
| | ) | |
| MUTUAL OF OMAHA INSURANCE | ) | |
| COMPANY, a Nebraska Corporation, | ) | |
| and JOHN DOE, a Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on Defendant Mutual of Omaha Insurance Company's ("Mutual"), motion to stay enforcement of the judgment entered by the Court on November 5, 2012. (Filing No. 86). The parties have stipulated that any final judgment entered in this action would be stayed, without bond, pending Mutual's appeal. (Filing No. 79).

Being fully advised in the premises, the Court orders as follows:

1. Enforcement of this Court's judgment (Filing No. 85), is hereby stayed pending the resolution of Mutual's appeal from the judgment.

2. Mutual is not required to post a bond in order to effectuate the stay.

IT IS SO ORDERED.

November 6, 2012.                    BY THE COURT:

                                     s/ Joseph F. Bataillon
                                     U.S. District Court Judge

671422                                1