IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WESLEY PATTERSON, | ) | CASE NO. 8:10-cv-26 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| MUTUAL OF OMAHA INSURANCE COMPANY, a Nebraska Corporation, and JOHN DOE, a Corporation, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER is before the Court on the parties' joint stipulation (Filing No. 130), regarding the amount of attorney fees and expenses owed under the Court's December 4, 2014, memorandum and order (Filing No. 126) ("Order"). In the Order, the Court ordered the Plaintiff to submit a claim for attorney fees consistent with the Order. In lieu of filing an additional claim, and response, the parties have stipulated to the amount of attorney fees and expenses due under the Order. This Court accepts the parties' joint stipulation and no additional claims or briefing need to be filed regarding the amount of attorney's fees due pursuant to Filing No. 126..

Based on the parties' stipulation, Defendant Mutual of Omaha Insurance Company is hereby ordered to pay the Plaintiff's attorney $34,768.83 in full satisfaction of its obligations under this Court's memorandum and order (Filing No. 126).

IT IS SO ORDERED.

Dated this 29th day of December, 2014.

BY THE COURT:

    s/Joseph F. Bataillon
Hon. Joseph F. Bataillon
Senior United States District Court Judge

1238604

1