IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WESLEY PATTERSON, | |
| Plaintiff, | 8:10CV26 |
| vs. | |
| MUTUAL OF OMAHA INSURANCE COMPANY, a Nebraska Corporation, and JOHN DOE, a Corporation, | ORDER |
| Defendants. | |

Upon notice of settlement on February 6, 2015, by Timothy J. Thalken, counsel for the defendant, Mutual of Omaha Insurance Company,

**IT IS ORDERED that**:

1. On or before **March 6, 2015**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the undersigned judge, at *bataillon@ned.uscourts.gov*, a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The previously scheduled status conference set for February 27, 2015 is cancelled.

Dated this 11th day of February, 2015.

BY THE COURT:

s/Joseph F. Bataillon
Senior United States District Judge