IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WESLEY PATTERSON, | ) | CASE NO. 8:10-cv-26 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| MUTUAL OF OMAHA INSURANCE | ) | |
| COMPANY, a Nebraska Corporation, | ) | |
| and JOHN DOE, a Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER is before the Court on the parties' joint stipulation for dismissal with prejudice (Filing No. 134). Being fully advised in the premises, it is hereby ordered:

1. Plaintiff's complaint is dismissed with prejudice, terminating this action.

2. Each party shall pay their own costs and attorney fees.

IT IS SO ORDERED.

Dated this 19th day of February, 2015.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

1260714